# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3: 11cr11

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **JOANNA PATRONIS.** ) | |
| ) | |
| _____ ) | |

## FINAL ORDER
## AND
## JUDGMENT CONFIRMING FORFEITURE

**THIS MATTER** is before the Court on Motion (Doc. 51) of the United States of America for a Final Order and Judgment Confirming Forfeiture.

On April 18, 2011, this Court entered a Consent Order and Judgment of Forfeiture (Doc. 23) against the following property in which Defendant holds an interest subject to forfeiture under 21 U.S.C. § 853(p):

> Approximately $46,857.57 in funds seized during the course of this investigation from Bank of America Account XXXXX9993, such account held in the name of Joanna Patronis and an individual identified herein as M.B.;
>
> One 2010 Toyota Rav-4, VIN JTMZF4DV9AD028568;
>
> Real property at 608 Washington Street, Cramerton, North Carolina 28032, further described as parcel Number 3575-90-3449, BLK 13 L 8 & P/9 and described in a deed recorded at Gaston County Register of Deeds Book 4501, page 1311.

As reflected in the Submission of Declaration of Publication (Doc. 27), from April 19, 2011 through May 18, 2011, the United States published, via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and notice to all third parties of their right to petition the Court within sixty days from April 19, 2011, for a hearing

to adjudicate the validity of any alleged legal interest in the property. In addition, on December 1, 2011, the Government sent, via United States Postal Service Certified Mail, Return Receipt Requested, notice of this forfeiture action to numerous persons and entities who reasonably appeared to be potential claimants with standing for purposes of Fed. R. Crim. P. 32.2(b)(6)(A). Those persons and entities included Sarah Patronis Drakopoulos, who filed a petition that was adjudicated herein (Doc. 37), as well as Pinnacle Credit Services, LLC, MERS, Inc., and Bank of America, who did not file petitions. The time period in which third parties may file petitions has passed. Consequently, in accordance with Rule 32.2(c)(2), the Court may now enter a Final Order and Judgment Confirming Forfeiture giving the United States clear title to the forfeited assets.

**IT IS, THEREFORE, ORDERED** that the Consent Order and Judgment of Forfeiture is confirmed as final and all right, title, and interest in the following property is therefore forfeited to the United States for disposition according to law:

> Approximately $46,857.57 in funds seized during the course of this investigation from Bank of America Account XXXXX9993, such account held in the name of Joanna Patronis and an individual identified herein as M.B.;

> All proceeds derived from the sale of one 2010 Toyota Rav-4, VIN JTMZF4DV9AD028568, except that Petitioner Sarah Patronis Drakopoulos shall be entitled to payment from net proceeds to the extent provided for in this Court=s Consent Order for Third Party Petition (Doc. 37); and

> Real property at 608 Washington Street, Cramerton, North Carolina 28032, further described as parcel Number 3575-90-3449, BLK 13 L 8 & P/9 and described in a deed recorded at Gaston County Register of Deeds Book 4501, page 1311.

Signed: January 22, 2013

Max O. Cogburn Jr.
United States District Judge