UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cr-00011-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **JOANNA PATRONIS,** ) | |
| ) | |
| Defendant(s). ) | |

**THIS MATTER** is before the court on the government's Motion to Correct Clerical Error. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Correct Clerical Error (#55) is **GRANTED**, and the Clerk of Court shall draft and submit an Amended Judgment that includes forfeiture in accordance with the Consent Order and Judgment of Forfeiture (#23), as modified by the Consent Order for Third Party Petition (#37).

Signed: February 13, 2013

Max O. Cogburn Jr.
United States District Judge